## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Myca Danuel Holloway , xxx–xx–5547
Debtor*

Last four digits of Social–Security or Individual Taxpayer–
Identification (ITIN) No(s).,(if any):
Employer Tax–Identification (EIN) No(s).(if any):

Bankruptcy Case No. 22–21027
Chapter 7

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Lynda F. Teems is discharged as trustee of the estate of the above–named debtor and the bond is cancelled.

☑ the chapter 7 case of the above named debtor is closed; and

☐ other provisions as needed

cc: Trustee: Lynda F. Teems
    Attorney: Danny Camper

Date: July 10, 2022

_/s/ Jennie D. Latta_

**United States Bankruptcy Judge**

*Set forth all names, including trade names, used by the debtor within the last 8 years. (Bankruptcy Rule 1005). For joint debtors set forth both social security numbers.

[fd72710] [Final Decree – 12/01/2015]